IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| THOMAS E. KELLY, | § | |
| *Plaintiff*, | § § § | |
| v. | § § | Civil Action No.  MO-10-CV-31-RAJ |
| MARY THOMPSON, | § § § | |
| *Defendant*. | § | |

**ORDER**

On this day the Court considered Plaintiff's Motion to Withdraw a Motion for Preliminary Injunction (Docket Entry No. 12).  Plaintiff Thomas E. Kelly states that he no longer desires to pursue an injunction at this time and withdraws his motion.  Plaintiff's motion is GRANTED.

It is therefore ORDERED that Plaintiff's motion for a preliminary injunction (Docket Entry No. 3) is TERMINATED.  The Court VACATES the portion of its order of March 31, 2010, that sets a hearing before Magistrate Judge David Counts at 2:00 P.M. on April 13, 2010, in the Magistrate Judge's Courtroom of the U.S. District Courthouse in Midland.  That hearing is now CANCELLED.

The temporary restraining order will expire on April 14, 2010, as indicated in the Court's Order of March 31, 2010.

SIGNED this 13th day of April, 2010.

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE